## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **8:07CR227** |
| | ) | |
| **JOHN T. RONAN, JR.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The defendant's Motion to Continue (Filing No. 31) is granted.

**IT IS ORDERED** that the evidentiary hearing on all pending motions is continued

to **September 14, 2007 at 1:30 .m.** before Magistrate Judge Thomas D. Thalken,

Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza,

Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the

Court.

DATED this 17th day of August, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge