UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                    Plaintiff,              )<br>                                                              )<br>     vs.                                                )<br>                                                              )<br>                                                              )<br>JOHN T. RONAN, JR.,                      )<br>                                                              )<br>                    Defendant.         ) | 8:07CR227<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 56).  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On February 6, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 853, based upon the Defendant's plea of guilty to Counts II and III of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 2002 BMW X5, VIN 5UXFA53592LP37970,  was forfeited to the United States.

2.  On February 18, 25 and March 3, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property.  An Affidavit of Publication was filed herein on April 4, 2008 (Filing No. 55).

3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 56) is hereby sustained.

B.  All right, title and interest in and to the 2002 BMW X5, VIN 5UXFA53592LP37970, held by any person or entity, is hereby forever barred and foreclosed.

C.  The 2002 BMW X5, VIN 5UXFA53592LP37970, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 7th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge